# In the United States Court of Federal Claims

Nos. 13-6040C; 13-6001C through 13-6039C;13-6041C
through 13-6057C; 13-6059C through 13-6114C; 13-6116C
through 13-6120C; 13-6122C through 13-6149C; 13-6151C;
13-6152C; 13-6154C through 13-6167C; 13-6169C through
13-6213C; 13-6215C through 13-6221C; 13-6223C through
13-6243C; 13-6246C; 13-6248C through 13-6262C; 13-
6264C through 13-6283C; 13-6285C through 13-6357C
(Consolidated)

CLEARWATER HOUSING
AUTHORITY, et al.,

       **Plaintiffs,**

                                       **CORRECTED JUDGMENT**

    v.

THE UNITED STATES,

       **Defendant.**

Pursuant to the court's Order, filed June 20, 2017,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs
recover of and from the United States the total amount of $136,654,144.00, allocated as specified
in the attached table, and Counts II and III of the amended complaint are dismissed as moot.
Plaintiffs are awarded costs pursuant to Rule 54(d).

                              Lisa L. Reyes
                              Acting Clerk of Court

**June 27, 2017**            By:    s/ Anthony Curry

                              Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of
all plaintiffs.  Filing fee is $505.00.

## EXHIBIT I – STIPULATION OF DAMAGES

| PHA | Case Number | Damages |
|---|---|---|
| Housing Authority of Carbon Hill, AL064 | No.13-6001 | $16,386 |
| Housing Authority of the City of Dothan, AL007 | No. 13-6002 | $2,028,481 |
| Housing Authority of the City of Enterprise, AL115 | No. 13-6003 | $112,539 |
| Ozark Housing Community, AL073 | No. 13-6004 | $257,741 |
| Housing Authority of the City of Phenix City, AL005 | No. 13-6005 | $0 |
| Montgomery Housing Authority, AL006 | No. 13-6006 | $2,368,244 |
| Housing Authority of the City of Chickasaw, AL166 | No. 13-6007 | $41,227 |
| Russellville Housing Authority, AL060 | No. 13-6008 | $66,079 |
| Housing Authority of Greene County, AL190 | No. 13-6009 | $307,776 |
| Alexander City Housing Authority, AL174 | No. 13-6010 | $438,178 |
| Housing Authority of the City of Tuskegee, AL160 | No. 13-6011 | $0 |
| Housing Authority of Winfield, AL058 | No. 13-6012 | $303,183 |
| Housing Authority of the City of North Little Rock, AR002 | No. 13-6013 | $392,661 |
| Housing Authority of the County of Santa Barbara, CA021 | No. 13-6014 | $153,981 |
| Housing Authority of the County of Butte, CA043 | No. 13-6015 | $807,300 |
| Housing Authority of the City of Fresno, CA006 | No. 13-6016 | $995,787 |
| Housing Authority of Fresno County, CA028 | No. 13-6017 | $324,815 |
| Housing Authority of the City of Madera, CA069 | No. 13-6018 | $254,107 |
| Housing Authority of the County of Stanislaus, CA026 | No. 13-6019 | $1,140,927 |

| | | |
|---|---|---|
| Housing Authority of the City of South San Francisco, CA015 | No. 13-6020 | $57,410 |
| Housing Authority of the County of Kings, CA053 | No. 13-6021 | $16,830 |
| Plumas County Community Development Commission and Housing Authority, CA070 | No. 13-6022 | $91,013 |
| Housing Authority of the City of San Luis Obispo, CA064 | No. 13-6023 | $1,401 |
| Housing Authority of the County of Merced, CA023 | No. 13-6024 | $988,546 |
| Housing Authority of the City of Upland, CA009 | No. 13-6025 | $111,285 |
| Housing Authority of the City of Delta, CO040 | No. 13-6026 | $133,582 |
| Conejos County Housing Authority, CO038 | No. 13-6027 | $80,824 |
| Stratford Housing Authority, CT027 | No. 13-6028 | $843,740 |
| Middletown Housing Authority, CT009 | No. 13-6029 | $769,327 |
| Housing Authority of the City of Willimantic, CT010 | No. 13-6030 | $488,299 |
| Housing Authority of the Town of Glastonbury, CT040 | No. 13-6031 | $143,089 |
| Milford Redevelopment and Housing Partnership, CT030 | No. 13-6032 | $584,903 |
| Housing Authority of the City of New Britain, CT005 | No. 13-6033 | $1,132,200 |
| Newark Housing Authority, DE003 | No. 13-6034 | $47,120 |
| Palatka Housing Authority, FL057 | No. 13-6035 | $872,372 |
| Housing Authority of the City of Fort Pierce, FL041 | No. 13-6036 | $1,422,579 |
| Broward County Housing Authority, FL079 | No. 13-6037 | $887,763 |
| Sarasota Housing Authority, FL008 | No. 13-6038 | $719,636 |
| Deerfield Beach Housing Authority, FL081 | No. 13-6039 | $85,371 |
| Clearwater Housing Authority, FL075 | No. 13-6040 | $295,168 |

| Orlando Housing Authority, FL004 | No. 13-6041 | $0 |
|---|---|---|
| Housing Authority of the City of New Smyrna, FL022 | No. 13-6042 | $350,015 |
| Boca Raton Housing Authority, FL119 | No. 13-6043 | $51,694 |
| Area Housing Commission, FL006 | No. 13-6044 | $1,386,230 |
| Hialeah Housing Authority, FL066 | No. 13-6045 | $1,525,927 |
| Defuniak Springs Housing Authority, FL039 | No. 13-6046 | $72,880 |
| Housing Authority of the City of Americus, GA062 | No. 13-6047 | $908,205 |
| Flint Area Consolidated Housing Authority, GA280 | No. 13-6048 | $0 |
| Housing Authority of the City of Augusta, GA001 | No. 13-6049 | $846,476 |
| Housing Authority of Douglas County, GA106 | No. 13-6050 | $185,482 |
| Housing Authority of Savanah, GA002 | No. 13-6051 | $2,762,965 |
| Housing Authority of the City of Lawrenceville, GA093 | No. 13-6053 | $256,428 |
| Housing Authority of the City of Decatur, GA011 | No. 13-6054 | $339,386 |
| Housing Authority of the City of Dublin, GA069 | No. 13-6055 | $0 |
| Housing Authority of the City of Barnesville, GA177 | No. 13-6056 | $224,825 |
| Housing Authority of the City of Hinesville, GA221 | No. 13-6057 | $144,951 |
| Housing Authority of the City of Tifton, GA101 | No. 13-6059 | $106,577 |
| Housing Authority of the City of Sylvester, GA104 | No. 13-6060 | $342,138 |
| Winder Housing Authority, GA183 | No. 13-6061 | $244,976 |
| Waycross Housing Authority, GA028 | No. 13-6062 | $196,378 |
| Etowah Area Consolidated Housing Authority, GA281 | No. 13-6063 | $939,292 |
| Blackshear Housing Authority, GA134 | No. 13-6064 | $134,503 |

| | | |
|---|---|---|
| Housing Authority of Cochran, GA077 | No. 13-6065 | $81,001 |
| Housing Authority of the City of Eatonton, GA072 | No. 13-6066 | $109,641 |
| Houston County Housing Authority, GA268 | No. 13-6067 | $3,650 |
| Lavonia Housing Authority, GA094 | No. 13-6068 | $226,787 |
| Housing Authority of Lithonia, GA188 | No. 13-6069 | $80,521 |
| Roberta Housing Authority, GA223 | No. 13-6070 | $104,221 |
| Wrightsville Housing Authority, GA181 | No. 13-6071 | $162,116 |
| Housing Authority of the City of Gainesville, GA059 | No. 13-6072 | $1,042,329 |
| Housing Authority of the City of Cedartown, GA025 | No. 13-6073 | $241,158 |
| East Point Housing Authority, GA078 | No. 13-6074 | $972,699 |
| Southwestern Idaho Cooperative Housing Authority, ID016 | No. 13-6075 | $133,325 |
| Housing Authority of Champaign County, IL006 | No. 13-6076 | $284,459 |
| Housing Authority of the County of Lake, IL056 | No. 13-6077 | $186,975 |
| Greater Metropolitan Housing Authority of Rock Island County, IL010 | No. 13-6078 | $1,206,203 |
| Housing Authority of the County of Richland, IL096 | No. 13-6079 | $71,153 |
| Menard County Housing Authority, IL028 | No. 13-6080 | $198,985 |
| Fulton County Housing Authority, IL084 | No. 13-6081 | $447,005 |
| Warren County Housing Authority, IL091 | No. 13-6082 | $633,897 |
| Housing Authority of McDonough County, IL076 | No. 13-6083 | $181,205 |
| Housing Authority of the City of Marion, IL126 | No. 13-6084 | $879,095 |
| Livingston County Housing Authority, IL094 | No. 13-6085 | $0 |

| | | |
|---|---|---|
| Randolph County Housing Authority, IL052 | No. 13-6086 | $440,268 |
| Housing Authority of the County of Wayne, IL088 | No. 13-6087 | $0 |
| Whiteside County Housing Authority, IL032 | No. 13-6088 | $367,082 |
| Knox County Housing Authority, IL085 | No. 13-6089 | $204,847 |
| Housing Authority of LaSalle County, IL014 | No. 13-6090 | $688,659 |
| Housing Authority of the County of Jackson, IL053 | No. 13-6091 | $643,923 |
| Springfield Housing Authority, IL004 | No. 13-6092 | $0 |
| Housing Authority of the City of Michigan City, IN019 | No. 13-6093 | $162,350 |
| Marion Housing Authority, IN041 | No. 13-6094 | $128,328 |
| Housing Authority of the City of Mishawaka, IN020 | No. 13-6095 | $345,111 |
| Housing Authority of the City of New Albany, IN012 | No. 13-6096 | $0 |
| Anderson Housing Authority, IN006 | No. 13-6097 | $0 |
| Peru Housing Authority, IN091 | No. 13-6098 | $98,697 |
| Central Iowa Regional Housing Authority, IA131 | No. 13-6099 | $296,597 |
| Housing Authority of the City of Holton, KS008 | No. 13-6100 | $61,277 |
| Local Housing Authority of the City of Newton, KS073 | No. 13-6101 | $197,515 |
| Housing Authority of the City of Atchison, KS017 | No. 13-6102 | $39,280 |
| Housing Authority of the City of Iola, KS049 | No. 13-6103 | $92,938 |
| Housing Authority of the City of Glasgow, KY026 | No. 13-6104 | $690,949 |
| Housing Authority of Cynthiana, KY021 | No. 13-6105 | $10,097 |
| Housing Authority of Catlettsburg, KY033 | No. 13-6106 | $192,860 |
| Housing Authority of Todd County, KY170 | No. 13-6107 | $111,274 |

5

| | | |
|---|---|---|
| Housing Authority of Pikeville, KY107 | No. 13-6108 | $444,662 |
| Kentucky Housing Association | No. 13-6109 | $0 |
| Housing Authority of Bowling Green, KY063 | No. 13-6110 | $104,125 |
| Housing Authority of Lyon County, KY025 | No. 13-6111 | $81,573 |
| Monroe Housing Authority, LA006 | No. 13-6112 | $741,574 |
| Housing Authority of Jefferson Parish, LA013 | No. 13-6113 | $149,225 |
| Housing Authority of the City of Shreveport, LA002 | No. 13-6114 | $491,166 |
| Waterville Housing Authority, ME008 | No. 13-6116 | $33,786 |
| Bangor Housing Authority, ME009 | No. 13-6117 | $1,308,439 |
| Auburn Housing Authority, ME007 | No. 13-6118 | $163,418 |
| Lewiston Housing Authority, ME005 | No. 13-6119 | $166,166 |
| South Portland Housing Authority, ME020 | No. 13-6120 | $36,100 |
| Housing Authority of the City of Hagerstown, MD006 | No. 13-6122 | $244,628 |
| Housing Authority of the City of Frederick, MD003 | No. 13-6123 | $299,735 |
| College Park Housing Authority, MD017 | No. 13-6124 | $43,730 |
| Malden Housing Authority, MA022 | No. 13-6125 | $1,461,662 |
| Northampton Housing Authority, MA026 | No. 13-6126 | $370,987 |
| Wakefield Housing Authority, MA074 | No. 13-6127 | $106,539 |
| Tewksbury Housing Authority, MA138 | No. 13-6128 | $32,750 |
| Dedham Housing Authority, MA040 | No. 13-6129 | $81,062 |
| Norwood Housing Authority, MA109 | No. 13-6130 | $3,302 |
| Holyoke Housing Authority, MA005 | No. 13-6131 | $0 |

6

| | | |
|---|---|---|
| Woburn Housing Authority, MA019 | No. 13-6132 | $0 |
| Lawrence Housing Authority, MA010 | No. 13-6133 | $1,298,757 |
| Cambridge Housing Authority, MA003 | No. 13-6134 | $0 |
| Taunton Housing Authority, MA017 | No. 13-6135 | $0 |
| Ishpeming Housing Commission, MI101 | No. 13-6136 | $160,747 |
| Bessemer Housing Commission, MI012 | No. 13-6137 | $79,847 |
| Monroe Housing Commission, MI011 | No. 13-6138 | $1,001,999 |
| Battle Creek Housing Commission, MI035 | No. 13-6139 | $496,889 |
| Houghton Housing Commission, MI107 | No. 13-6140 | $44,895 |
| Bay City Housing Commission, MI024 | No. 13-6141 | $43,654 |
| East Tawas Housing Commission, MI102 | No. 13-6142 | $31,391 |
| Housing and Redevelopment Authority of Duluth, MN003 | No. 13-6143 | $0 |
| Housing and Redevelopment Authority of Virginia, MN007 | No. 13-6144 | $158,198 |
| City of Hopkins Housing and Redevelopment Authority, MN078 | No. 13-6145 | $110,073 |
| Housing and Redevelopment Authority of Grand Rapids, MN057 | No. 13-6146 | $90,601 |
| Wadena Housing and Redevelopment Authority, MN018 | No. 13-6147 | $109,216 |
| Worthington Housing and Redevelopment Authority, MN034 | No. 13-6148 | $195,384 |
| Dakota County Community Development Agency, MN147 | No. 13-6149 | $189,685 |
| Windom Housing and Redevelopment Authority, MN080 | No. 13-6151 | $118,653 |

| | | |
|---|---|---|
| Mountain Lake Housing and Redevelopment Authority, MN058 | No. 13-6152 | $35,120 |
| Redwood Falls Housing and Redevelopment Authority, MN036 | No. 13-6154 | $61,888 |
| Housing Authority of the City of Biloxi, MS005 | No. 13-6155 | $0 |
| Housing Authority of the City of West Point, MS059 | No. 13-6156 | $540,457 |
| Housing Authority of the City of Clarksdale, MS007 | No. 13-6157 | $418,769 |
| Tennessee Valley Regional Housing Authority, MS006 | No. 13-6158 | $3,461,223 |
| Vicksburg Housing Authority, MS086 | No. 13-6159 | $0 |
| Laurel Housing Authority, MS002 | No. 13-6160 | $1,079,240 |
| Mississippi Regional Housing Authority No. V, MS030 | No. 13-6161 | $488,956 |
| Housing Authority of the City of Water Valley, MS078 | No. 13-6162 | $316,325 |
| Yazoo City Housing Authority, MS063 | No. 13-6163 | $551,125 |
| Hattiesburg Housing Authority, MS001 | No. 13-6164 | $563,002 |
| Winona Housing Authority, MS082 | No. 13-6165 | $63,532 |
| Natchez Housing Authority, MS105 | No. 13-6166 | $651,667 |
| Housing Authority of the City of Iuka, MS075 | No. 13-6167 | $127,081 |
| Housing Authority of the City of Vandalia, MO179 | No. 13-6357 | $78,417 |
| Housing Authority of the City of Charleston, MO012 | No. 13-6169 | $204,818 |
| Housing Authority of the City of Anaconda, MT005 | No. 13-6170 | $98,856 |
| Richland County Housing Authority, MT006 | No. 13-6171 | $0 |
| Great Falls Housing Authority, MT002 | No. 13-6172 | $919,856 |
| Housing Authority of Billings, MT001 | No. 13-6173 | $458,995 |

| | | |
|---|---|---|
| Housing Authority of the County of Scotts Bluff, NE078 | No. 13-6174 | $86,854 |
| Housing Authority of the City of Lexington, NE010 | No. 13-6175 | $82,566 |
| Housing Authority of the City of Fremont, NE100 | No. 13-6176 | $266,494 |
| Housing Authority of the City of York, NE094 | No. 13-6177 | $110,957 |
| Fairmont Housing Authority, NE064 | No. 13-6178 | $32,826 |
| Stromsburg Housing Authority, NE017 | No. 13-6179 | $9,510 |
| Alliance Housing Authority, NE141 | No. 13-6180 | $155,384 |
| McCook Housing Agency, NE123 | No. 13-6181 | $44,024 |
| Chappell Housing Authority, NE115 | No. 13-6182 | $38,202 |
| Ainsworth Housing Authority, NE035 | No. 13-6183 | $29,142 |
| Ansley Housing Authority, NE111 | No. 13-6184 | $24,445 |
| Aurora Housing Authority, NE090 | No. 13-6185 | $46,700 |
| Bassett Housing Authority, NE071 | No. 13-6186 | $31,174 |
| Beemer Housing Authority, NE099 | No. 13-6187 | $36,562 |
| Blue Hill Housing Authority, NE031 | No. 13-6188 | $58,855 |
| Columbus Housing Authority, NE104 | No. 13-6189 | $74,966 |
| Housing Authority of the City of Cozad, NE083 | No. 13-6190 | $19,486 |
| David City Housing Authority, NE025 | No. 13-6191 | $63,169 |
| Fairbury Housing Authority, NE030 | No. 13-6192 | $65,501 |
| Falls City Housing Authority, NE095 | No. 13-6193 | $88,698 |
| Friend Housing Authority, NE063 | No. 13-6194 | $44,326 |
| Gothenburg Housing Authority, NE120 | No. 13-6195 | $55,137 |

| | | |
|---|---|---|
| Hay Springs Housing Authority, NE046 | No. 13-6196 | $5,721 |
| Humboldt Housing Authority, NE014 | No. 13-6197 | $28,969 |
| Housing Authority of the City of North Platte, NE125 | No. 13-6198 | $430,632 |
| Ord Housing Authority, NE005 | No. 13-6199 | $121,327 |
| Pawnee City Housing Authority, NE028 | No. 13-6200 | $84,513 |
| Red Cloud Housing Authority, NE006 | No. 13-6201 | $43,842 |
| Stanton Housing Authority, NE029 | No. 13-6202 | $36,725 |
| Sutherland Housing Authority, NE096 | No. 13-6203 | $27,720 |
| Wilber Housing Authority, NE047 | No. 13-6204 | $24,459 |
| Clay Center Housing Authority, NE019 | No. 13-6205 | $41,522 |
| Housing Authority of the City of Reno, NV001 | No. 13-6206 | $28,456 |
| Dover Housing Authority, NH003 | No. 13-6207 | $460,742 |
| Housing Authority of the Town of Salem, NH017 | No. 13-6208 | $130,842 |
| Lebanon Housing Authority, NH009 | No. 13-6209 | $148,265 |
| Housing Authority of the Borough of Madison, NJ105 | No. 13-6210 | $33,068 |
| Housing Authority of the City of Elizabeth, NJ003 | No. 13-6211 | $2,979,417 |
| Housing Authority of the Borough of Belmar, NJ057 | No. 13-6212 | $24,082 |
| Housing Authority of the Township of Neptune, NJ048 | No. 13-6213 | $67,108 |
| Housing Authority of Gloucester County, NJ204 | No. 13-6215 | $381,618 |
| Housing Authority of the City of Bayonne, NJ012 | No. 13-6216 | $2,094,359 |
| Housing Authority of the City of Beverly, NJ018 | No. 13-6217 | $127,520 |
| Housing Authority of the City of Florence, NJ038 | No. 13-6218 | $131,121 |

| | | |
|---|---|---|
| Housing Authority of the City of Perth Amboy, NJ006 | No. 13-6219 | $991,141 |
| Housing Authority of the City of Burlington, NJ020 | No. 13-6220 | $149,337 |
| Pleasantville Housing Authority, NJ059 | No. 13-6221 | $92,579 |
| Lakewood Housing Authority, NJ054 | No. 13-6223 | $732,852 |
| Housing Authority of the Township of Berkeley, NJ056 | No. 13-6224 | $21,958 |
| Santa Fe Civic Housing Authority, NM009 | No. 13-6225 | $973,415 |
| Elmira Housing Authority, NY030 | No. 13-6226 | $112,540 |
| Kingston Housing Authority, NY045 | No. 13-6227 | $525,243 |
| Auburn Housing Authority, NY066 | No. 13-6228 | $146,618 |
| City of Lockport Housing Authority, NY070 | No. 13-6229 | $778,144 |
| Watervliet Housing Authority, NY025 | No. 13-6230 | $427,797 |
| Kenmore Housing Authority, NY400 | No. 13-6231 | $307,269 |
| Jamestown Housing Authority, NY017 | No. 13-6232 | $287,003 |
| Saratoga Springs Housing Authority, NY020 | No. 13-6233 | $313,327 |
| Gloversville Housing Authority, NY048 | No. 13-6234 | $694,109 |
| New York State Public Housing Authorities Directors Association | No. 13-6235 | $0 |
| Watertown Housing Authority, NY010 | No. 13-6236 | $605,455 |
| Amsterdam Housing Authority, NY060 | No. 13-6237 | $720,763 |
| Niagara Falls Housing Authority, NY011 | No. 13-6238 | $1,827,596 |
| Ithaca Housing Authority, NY054 | No. 13-6239 | $751,900 |
| Rochester Housing Authority, NY041 | No. 13-6240 | $1,694,033 |
| Cohoes Housing Authority, NY022 | No. 13-6241 | $421,020 |

| | | |
|---|---|---|
| Town of Islip Housing Authority, NY077 | No. 13-6242 | $549,120 |
| City of Oneida Housing Authority, NY102 | No. 13-6243 | $278,016 |
| Wilson Housing Authority, NC020 | No. 13-6246 | $32,750 |
| Housing Authority of the City of Rocky Mount, NC019 | No. 13-6248 | $1,323,094 |
| Washington Housing Authority, NC032 | No. 13-6249 | $1,089,654 |
| Mid-East Regional Housing Authority, NC087 | No. 13-6250 | $475,233 |
| Eastern Carolina Regional Housing Authority, NC010 | No. 13-6251 | $818,703 |
| Laurinburg Housing Authority, NC018 | No. 13-6252 | $0 |
| Maxton Housing Authority, NC048 | No. 13-6253 | $103,637 |
| Southern Pines Housing Authority, NC052 | No. 13-6254 | $38,316 |
| Housing Authority of the City of Winston-Salem, NC012 | No. 13-6255 | $0 |
| City of Shelby, Department of Housing, NC034 | No. 13-6256 | $311,723 |
| Redevelopment Commission of the Town of Tarboro, NC017 | No. 13-6257 | $338,940 |
| Fargo Housing and Redevelopment Authority, ND014 | No. 13-6258 | $21,538 |
| Columbus Metropolitan Housing Authority, OH001 | No. 13-6259 | $0 |
| Jefferson Metropolitan Housing Authority, OH014 | No. 13-6260 | $974,062 |
| Lucas Metropolitan Housing Authority, OH006 | No. 13-6261 | $0 |
| Jackson Metropolitan Housing Authority, OH040 | No. 13-6262 | $174,198 |
| Trumbull Metropolitan Housing Authority, OH008 | No. 13-6264 | $0 |
| Housing Authority of the City of Stillwater, OK146 | No. 13-6265 | $239,041 |
| Oklahoma City Housing Authority, OK002 | No. 13-6266 | $1,804,771 |

| | | |
|---|---|---|
| Housing Authority of the City of Muskogee, OK099 | No. 13-6267 | $249,340 |
| Stillwell Housing Authority, OK067 | No. 13-6268 | $160,956 |
| Housing Authority of the City of Henryetta, OK142 | No. 13-6269 | $87,152 |
| Housing Authority and Urban Renewal Agency of Polk County, OR008 | No. 13-6270 | $434,113 |
| North Bend City Housing Authority, OR009 | No. 13-6271 | $0 |
| Coos-Curry Housing Authority, OR020 | No. 13-6272 | $112,496 |
| Housing and Community Services Agency of Lane County, OR006 | No. 13-6273 | $32,691 |
| Housing Authority of the County of Beaver, PA014 | No. 13-6274 | $2,743,702 |
| McKean County Redevelopment and Housing Authority, PA080 | No. 13-6275 | $370,075 |
| Scranton Housing Authority, PA003 | No. 13-6276 | $1,595,176 |
| Housing Authority of the City of Shamokin, PA055 | No. 13-6277 | $358,793 |
| Housing Authority of the City of Allentown, PA004 | No. 13-6278 | $176,600 |
| Bucks County Housing Authority, PA051 | No. 13-6279 | $1,087,050 |
| Housing Authority of the County of Lebanon, PA052 | No. 13-6280 | $634,991 |
| Housing Authority of the County of Warren, PA079 | No. 13-6281 | $347,326 |
| Housing Authority of Monroe County, PA028 | No. 13-6282 | $91,746 |
| Sunbury Housing Authority, PA053 | No. 13-6283 | $701,379 |
| Reading Housing Authority, PA009 | No. 13-6285 | $1,483,752 |
| Housing Authority of the City of Wilkes-Barre, PA047 | No. 13-6286 | $176,753 |
| Snyder County Housing Authority, PA092 | No. 13-6287 | $106,835 |
| Housing Authority of the Town of Warren, RI022 | No. 13-6288 | $3,689 |

| | | |
|---|---|---|
| Town of Westerly Housing Authority, RI008 | No. 13-6289 | $94,744 |
| Town of Lincoln Housing Authority, RI018 | No. 13-6290 | $287,815 |
| Cranston Housing Authority, RI006 | No. 13-6291 | $1,175,645 |
| Housing Authority of Newport, RI005 | No. 13-6292 | $836,871 |
| Town of North Providence Housing Authority, RI017 | No. 13-6293 | $83,945 |
| Warwick Housing Authority, RI011 | No. 13-6294 | $859,140 |
| Smithfield Housing Authority, RI020 | No. 13-6295 | $100,815 |
| Woonsocket Housing Authority, RI003 | No. 13-6296 | $459,939 |
| East Providence Housing Authority, RI007 | No. 13-6297 | $813,179 |
| Town of Bristol Housing Authority, RI019 | No. 13-6298 | $261,180 |
| Housing Authority of the City of Charleston, SC001 | No. 13-6299 | $0 |
| Housing Authority of the City of Greenwood, SC030 | No. 13-6300 | $427,055 |
| Housing Authority of the City of Chester, SC020 | No. 13-6301 | $0 |
| Housing Authority of Florence, SC027 | No. 13-6302 | $967,270 |
| Housing Authority of Cheraw, SC031 | No. 13-6303 | $154,466 |
| South Carolina Regional Housing Authority No. 1, SC008 | No. 13-6304 | $1,094,539 |
| Housing Authority of Fort Mill, SC036 | No. 13-6305 | $18,027 |
| Housing Authority of the City of Marion, SC021 | No. 13-6306 | $444,038 |
| Howard Housing and Redevelopment Commission, SD013 | No. 13-6307 | $35,119 |
| McMinnville Housing Authority, TN053 | No. 13-6308 | $247,700 |
| Shelbyville Housing Authority, TN039 | No. 13-6309 | $95,078 |

| | | |
|---|---|---|
| Fayetteville Housing Authority, TN014 | No. 13-6310 | $0 |
| Murfreesboro Housing Authority, TN020 | No. 13-6311 | $240,218 |
| Gallatin Housing Authority, TN029 | No. 13-6312 | $1,166,123 |
| South Carthage Housing Authority, TN072 | No. 13-6313 | $147,199 |
| Martin Housing Authority, TN069 | No. 13-6314 | $51,787 |
| Union City Housing Authority, TN009 | No. 13-6315 | $239,474 |
| Metropolitan Development and Housing Agency, Nashville, TN005 | No. 13-6316 | $4,311,859 |
| Lafayette Housing Authority, TN090 | No. 13-6317 | $210,468 |
| Knoxville Community Development Corporation, TN003 | No. 13-6318 | $2,581,145 |
| Hartsville Housing Authority, TN071 | No. 13-6319 | $57,542 |
| Taylor Housing Authority, TX031 | No. 13-6320 | $0 |
| Housing Authority of the City of Lockhart, TX211 | No. 13-6321 | $157,273 |
| Temple Housing Authority, TX030 | No. 13-6322 | $184,566 |
| Belton Housing Authority, TX213 | No. 13-6323 | $126,320 |
| Houston Housing Authority, TX005 | No. 13-6324 | $3,491,229 |
| Housing Authority of the City of Beaumont, TX023 | No. 13-6325 | $1,510,546 |
| Housing Authority of the City of Corpus Christi, TX008 | No. 13-6326 | $0 |
| Waco Housing Authority, TX010 | No. 13-6327 | $404,197 |
| Housing Authority of the City of Abilene, TX327 | No. 13-6328 | $364,272 |
| Housing Authority of the City of Victoria, TX085 | No. 13-6329 | $112,519 |
| Housing Authority of the City of Seguin, TX303 | No. 13-6330 | $76,005 |

| | | |
|---|---|---|
| Housing Authority of the City of Galveston, TX017 | No. 13-6331 | $1,336,376 |
| Housing Authority of the City of Laredo, TX011 | No. 13-6332 | $0 |
| Fort Worth Housing Authority, TX004 | No. 13-6333 | $243,077 |
| Housing Authority of Salt Lake City, UT004 | No. 13-6334 | $438,076 |
| Springfield Housing Authority, VT004 | No. 13-6335 | $254,764 |
| Burlington Housing Authority, VT001 | No. 13-6336 | $362,721 |
| Everett Housing Authority, WA006 | No. 13-6337 | $591,514 |
| Housing Authority of Sunnyside, WA035 | No. 13-6338 | $5,118 |
| Housing Authority of the City of Pasco and Franklin County, WA021 | No. 13-6339 | $3,697 |
| Pierce County Housing Authority, WA054 | No. 13-6340 | $219,416 |
| Peninsula Housing Authority, WA004 | No. 13-6341 | $161,890 |
| Housing Authority of Kittitas County, WA009 | No. 13-6342 | $56,603 |
| Housing Authority of the City of Anacortes, WA010 | No. 13-6343 | $0 |
| Housing Authority of the City of Bellingham, WA025 | No. 13-6344 | $326,908 |
| Housing Authority of Whatcom County, WA041 | No. 13-6345 | $104,717 |
| Housing Authority of the City of Yakima, WA042 | No. 13-6346 | $17,515 |
| Housing Authority of Benwood-McMechen, WV014 | No. 13-6347 | $179,042 |
| Housing Authority of the City of Wheeling, WV003 | No. 13-6348 | $1,404,047 |
| Charleston-Kanawha Housing Authority, WV001 | No. 13-6349 | $1,504,627 |
| Housing Authority of the City of Moundsville, WV011 | No. 13-6350 | $32,352 |
| Housing Authority of the City of Mount Hope, WV007 | No. 13-6351 | $158,808 |

| | | |
|---|---|---|
| Housing Authority of the City of South Charleston, WV022 | No. 13-6352 | $62,936 |
| Winnebago County Housing Authority, WI213 | No. 13-6353 | $155,055 |
| Dane County Housing Authority, WI214 | No. 13-6354 | $0 |
| Appleton Housing Authority, WI065 | No. 13-6355 | $220,744 |
| Housing Authority of the City of Cheyenne, WY002 | No. 13-6356 | $472,698 |
| **Total:** | | **$136,654,144** |